Christopher Langley, Esq.  SBN: 258851
chris@langleylegal.com
THE LANGLEY LAW FIRM
261 N. Sycamore Street
Santa Ana, CA 92701
Telephone: (714) 515-5656
Facsimile: (877) 483-4434

Attorney for Debtors:
Rhoderick Loyola Guadalupe & Alma Guadalupe

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- RIVERSIDE DIVISION

| | |
|---|---|
| In re: | BK Case No. 6:14-bk-16750-WJ |
| Rhoderick Guadalupe & Alma Guadalupe, | Chapter 13 |
| Debtors. | **STIPULATION TO MODIFY PLAN** |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Stipulation to Modify the Chapter 13 Plan (hereinafter the "Plan") of Rhoderick Loyola Guadalupe and Alma Guadalupe (hereinafter "Debtors") is made by and between the Debtors, Creditor Bank of America N.A. (hereinafter Creditor), and the Chapter 13 Trustee through their respective counsel of record, with reference to the following facts:

/./././

/././

/././

**1**
**STIPULATION TO MODIFY PLAN**

## RECITALS

1. On or about May 22, 2014, Debtors filed the instant Chapter 13 case.

2. On or about July 2, 2014, this Court entered an Order Confirming Chapter 13 Plan.

3. On or about April 14, 2015, Creditor filed a notice of motion and motion for relief from the automatic stay with supporting declarations (hereinafter the "MFR") re: real property located at 7442 Hooper Bay Rd., Corona, CA 92880 (hereinafter the "Subject Property").

4. Creditor and Debtors agreed to terms wherein Debtors would be allowed to repay the post-petition arrearage accrued during the bankruptcy.

5. Debtors and Creditor are familiar with this Court's requirements pertaining to conduit payments in matters where a secured lender files a motion for relief, and have requested the Trustee make the payments to Creditor through Debtors' Plan.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

1. Debtors will submit their June installment directly to Creditor, Bank of America (re: account number 7062) in the amount of $2,264.48, prior to June 17, 2015.

2. Debtors' Plan payments, beginning with the payment due June 22, 2015, will increase by $3,197, from $1,000 to $4,197 for twelve (12) months.

3. Debtors' Plan payments, beginning with the payment due June 22, 2016, will decrease from $4,197 to $3,378 until the end of the plan.

4. Debtors' Plan payments, beginning with month 24 of the Plan, will increase from $3,378 to $3,878 until Plan completion.

5. Beginning with the disbursement in July, 2015, as long as the funds are available, the post-petition mortgage payments in the sum of $2,264.48 per month will be paid through the Plan to Creditor, Bank of America (re: account number 7062).

/././
/././

6. The post-petition default in the amount of $9,362.45 will be paid through the Plan to Creditor, Bank of America (re account number xxx7062) in the sum of $780.21 per month starting with the July, 2015, disbursement through the June, 2016, disbursement, as long as funds are available.

SO STIPULATED.

DATE: June 22, 2015               THE LANGLEY LAW FIRM

                                  By: /s/ Christopher Langley
                                  Christopher Langley
                                  Attorney for Debtors, Rhoderick Loyola Guadalupe
                                  and Alma Guadalupe

DATE: June ___, 2015              PROBER & RAPHAEL

                                  By: _____
                                  Anna Landa
                                  Attorneys for Creditor, Bank of America N.A.

DATE: June 22, 2015               Chapter 13 Trustee


                                  By: [signature: Rod Oal]
                                  Rod Danielson
                                  Chapter 13 Trustee

**3**
**STIPULATION TO MODIFY PLAN**

6. The post-petition default in the amount of $9,362.45 will be paid through the Plan to Creditor, Bank of America (re account number xxx7062) in the sum of $780.21 per month starting with the July, 2015, disbursement through the June, 2016, disbursement, as long as funds are available.

SO STIPULATED.

DATE: June __, 2015          THE LANGLEY LAW FIRM

By: _____
Christopher Langley
Attorney for Debtors, Rhoderick Loyola Guadalupe
and Alma Guadalupe

DATE: June 22, 2015          PROBER & RAPHAEL

By: _____
Anna Landa
Attorneys for Creditor, Bank of America N.A.

DATE: June __, 2015          Chapter 13 Trustee

By: _____
Rod Danielson
Chapter 13 Trustee

3
**STIPULATION TO MODIFY PLAN**