| | |
|---|---|
| Rod Danielson, Chapter 13 Trustee<br>Elizabeth A. Schneider, SBN 154471<br>3787 University Avenue<br>Riverside, CA 92501<br>(o) 951-826-8000 (f)951-826-8090<br><br>☐ Attorney for<br>☐ Pro Se Debtor<br>☒ Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 25 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gooch    DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 6: 14-bk-16750-WJ |
| In re:<br>RHODERICK LOYOLA GUADALUPE and<br>ALMA GUADALUPE,<br>Debtors. | **ORDER MODIFYING PLAN**<br><br>Hearing:<br>Date:    June 24, 2015<br>Time:   2:30 p.m.<br>Crtrm.:  304 |

   On June 24, 2015 at 2:30 p.m., the Court held a continued hearing regarding the motion for relief from stay filed by Bank of America, N.A. [docket number 27]. All appearances were noted on the record. The Court having considered the arguments of the parties as stated in the stipulation filed on June 22, 2015 [docket number 36], and having considered the matter, and good cause appearing therefor, IT IS HEREBY ORDERED THAT THE PLAN IS MODIFIED AS FOLLOWS:

   1.  Debtors will submit their June installment directly to creditor Bank of America (re: account number 7062) in the amount of $2,264.48, prior to June 17, 2015.

   2.  Debtors' Plan payments, beginning with the payment due June 22, 2015, will increase by $3,197, from $1,000 to $4,197 for twelve months.

   3.  Debtors' Plan payments, beginning with the payment due June 22, 2016, will decrease from $4,197 to $3,378 until the end of the plan.

   4.  Debtors' Plan payments, beginning with month 24 of the Plan, will increase from $3,378 to $3,878 until Plan completion.

   5.  Beginning with the disbursement in July, 2015, as long as the funds are available, the post-petition mortgage payments in the sum of $2,264.48 per month will be paid by the Trustee to creditor Bank of America (re: account number 7062).

6. The post-petition default in the amount of $9,362.45 will be paid by the Trustee to creditor Bank of America (re account number xxx7062) in the sum of $780.21 per month starting with the July, 2015, disbursement through the June, 2016, disbursement, as long as funds are available.

####

Date: June 25, 2015

_____
Wayne Johnson
United States Bankruptcy Judge