## United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

| | |
|---|---|
| **Wednesday, June 24, 2015** | **Hearing Room   304** |

2:30 PM
6:14-16750   Rhoderick Loyola Guadalupe and Alma Guadalupe            Chapter 13

#42.01   Motion for relief from stay

BANK OF AMERICA, N.A. VS DEBTOR

Property: 7442 Hooper Bay Road, Corona, CA 92880
[Real Prop] Anna Landa, attorney/movant

FROM: 5-6-15, 6-17-15

Docket   27

**Matter Notes:**

Present: counsel for moving party: __A. LANDA__
__J. BISSEL / E. SCHNEIDER__

( ) The motion is denied. The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is denied for the reasons stated on the record.

( ) The motion is granted based on the final ruling posted by the Court.

( ) The motion is granted. The Court adopts its tentative ruling as the final ruling of the Court.

( ) The motion is granted for the reasons set forth in the motion and based on the findings of fact and conclusions of law made on the record. The Court grants the relief requested in:
    ( ) paragraph(s) _____ of the prayer of the motion.
    ( ) paragraph(s) _____ of the extraordinary relief attachment.
    ( ) section 362(d)(4) based upon ( ) unauthorized transfers of the property that is the subject of the motion and/or ( ) the filing of prior bankruptcy cases.

**United States Bankruptcy Court**
**Central District of California**
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Wednesday, June 24, 2015      Hearing Room    304

**2:30 PM**
**CONT...**    **Rhoderick Loyola Guadalupe and Alma Guadalupe**      **Chapter 13**

( ) The motion of the debtor(s) to continue or impose the automatic stay is granted as to:

     ( ) creditors who were properly served with the motion.

     ( ) the following creditors only: _____

_____

( ) Order to be lodged.    ( ) No lodgement necessary.

( ) Hearing regarding the motion is continued to _____, 2015 at _____ a.m.

(X) Off Calendar *[circled]*

( ) _____

_____

_____

**Tentative Ruling:**
- NONE LISTED -

| Party Information |
|---|

**Debtor(s):**

Rhoderick Loyola Guadalupe      Represented By
                                                         Christopher J Langley

**Joint Debtor(s):**

Alma Guadalupe Guadalupe      Represented By
                                                         Christopher J Langley

# United States Bankruptcy Court
## Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

**Wednesday, June 24, 2015**       **Hearing Room**    **304**

**2:30 PM**
**CONT...**    Rhoderick Loyola Guadalupe and Alma Guadalupe      **Chapter 13**

**Movant(s):**

Bank of America, N.A., c/o Prober      Represented By
     Asya Landa

**Trustee(s):**

Rod (WJ) Danielson (TR)      Pro Se